UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
00 SEP 26 AM 9:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| CAMPBELL & SONS OIL COMPANY, INC., THRASHER OIL COMPANY, INC., AND TOMCO, INC. | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No.: CV-99-S-3176-NE ) |
| MURPHY OIL USA, INC. | ) ) |
| Defendant. | ) ) |

ENTERED
SEP 2 6 2000

## MEMORANDUM OPINION

This action is before the court on Byrom Oil Company's ("Byrom") motion for protective order (doc. no. 78).

On August 2, 2000, defendant Murphy Oil USA, Inc. ("Murphy") served a subpoena upon Byrom Oil Company ("Byrom"), a non-party to the above action, requesting the production of a wide array of documents from each gasoline station owned by Byrom in Madison County, Alabama.

Byrom has motioned this court to issue a protective order limiting Murphy's discovery request which seeks "highly confidential documents" relating to, among other things: any surveys of retail gas prices conducted by Byrom from July 1998 through the present; gasoline sales by plaintiffs' stations to Byrom from July 1998 to the present; retail sales of non-gasoline



products by plaintiffs for each station owned/operated by Byrom Oil; costs to Byrom Oil for the purchase and sale of gasoline as determined under the Alabama Motor Fuel Marketing Act,[1] including cost of doing business for the period of July 1998 to the present; and any documents which reflect any margins achieved on the sale of any gasoline at any station owned/operated by Byrom for the period of July 1998 to the present.  Furthermore, Murphy is seeking such information from <u>all</u> stations owned or operated by Byrom within Madison County, Alabama.

Byrom's objections to the subpoena relate primarily to the geographic scope of the requests, as well as the time periods for which such documents are sought.

Byrom argues that on May 25, 2000, Chief Magistrate Judge T. Michael Putnam heard arguments on a discovery dispute regarding documents to be produced by plaintiffs.  Judge Putnam limited Murphy's documentary requests to the year of 1999.  Furthermore, Judge Putnam ordered plaintiffs to produce documents for all their stores located within a three mile radius of Murphy's South Memorial Parkway store.  Judge Putnam severely limited discovery of documents from stores owned by plaintiffs outside that three mile radius.  Byrom contends that, as a non-party to this case, their

---

[1] Ala. Code § 8-22-1 *et seq.* (1975) (1993 Replace. Vol.).

2

confidential documents should be afforded the same protections as that given the parties in Judge Putnam's discovery order dated May 30, 2000.

Byrom has pointed out to the court that they have thirteen stores in Madison County, only two of which are located within a three mile radius of Murphy's South Memorial Parkway station.[2] Because Murphy's discovery request is so vast, and because it requests information from time periods and geographic locations that would be greater than that which has been imposed on the parties to this action, this court hereby grants Byrom's motion for a protective order. Murphy's discovery request to Byrom Oil will be limited in a manner consistent with Chief Magistrate Judge Putnam's order dated May 30, 2000. An order consistent with this memorandum opinion will be entered contemporaneously herewith.

DONE this **26th** day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

---

[2] These two stations are located at 11909 South Memorial Parkway and 8511 Whitesburg Drive.